**Opinion filed May 5, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-21-00136-CR

_____

## MICHAEL SPENCER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 22806B**

## M E M O R A N D U M   O P I N I O N

Appellant, Michael Spencer, entered an open plea of guilty to the state jail felony offense of theft and a plea of true to the enhancement allegations. *See* TEX. PENAL CODE ANN. § 31.03(e)(4)(D) (West 2019); *see also id.* § 12.425(b) (West 2019). After a hearing on punishment, the trial court convicted Appellant and assessed his punishment at imprisonment for eight years and a fine of $2,000. We affirm.

Appellant's court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that this appeal is frivolous and without merit. Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, a copy of the clerk's record and the reporter's record, and an explanatory letter. Counsel advised Appellant of his right to review the record and file a response to counsel's brief. Counsel also advised Appellant of his right to file a petition for discretionary review in order to seek review by the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has filed two pro se responses to counsel's *Anders* brief. We have considered the various assertions made by Appellant in his pro se responses. However, following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree with counsel that the appeal is frivolous and without merit.[1]

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

PER CURIAM

May 5, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has a right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.